AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Dennis D. Williams
NAME OF DEBTOR(S)

3806 Lamb Dr.
ADDRESS

Marietta, GA 30064
CITY, STATE, ZIP

CASE NO. 09-79657

TELEPHONE NO. 770-624-0311

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:    YES ( )    NO (✓)

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____
CITY, STATE, ZIP CODE    TELEPHONE NUMBER

JUL 30 2009 AM 10:57

H. YVONNE EVANS, CLERK
DEPUTY CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:    YES ( )    NO ( )    IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:    YES ( )    NO (✓)

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

_Dennis D. Williams_
PRO SE PETITIONER

Subscribed and sworn to before me on the 30 day of July 2009

_____
NOTARY PUBLIC

_signature_
DEPUTY CLERK

F61 (psafdt) 12/02