IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of GEORGIA
ATLANTA DIVISION

| In re: | ) | Chapter:   13 |
|---|---|---|
| Dennis Williams | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | Case Number: 09-79657-JM |
| Debtor(s) | ) | [No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:
HSBC BANK NEVADA, N.A.
BEST BUY CO., INC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

HSBC BANK NEVADA, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 08/12/09
Account Number: *****************2068

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
HSBC BANK NEVADA, N.A.
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com